AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 27 2015

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Jaime Tamez-Toscano

A038 779 252

AKA:

IAE    YOB: 1967
the United Mexican States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-15-0656-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 25, 2015__ in __Starr__ County, in the __Southern__ District of __Texas__

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jaime Tamez-Toscano was encountered by Border Patrol Agents near Roma, Texas on April 25, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 25, 2015, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 10, 2015, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 16, 2011, the defendant was convicted of Possession With Intent To Distribute Marijuana and sentenced to sixty (60) months confinement, four (4) years supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by David A. Lindenmuth

Sworn to before me and subscribed in my presence, 4/27/15   3:49 pm

**April 27, 2015**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Francisco Sanchez    Border Patrol Agent**

Signature of Judicial Officer